FILED
6/13/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JXM
IC

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| HUGH ECHOLS, <br> JOHN MOSLEY, <br> *Plaintiff,* <br><br> V. <br><br> RYAN BURKE, <br> VEW LIVE LLC, <br> VISION ENTERTAINMENT WORLDWIDE LLC, <br> UNIVERSAL CREATIVE AGENCY INC <br> *Defendants.* | Civil Action No. 1:25-cv-06604 <br> Judge Jeffrey I Cummings <br> Magistrate Judge Jeffrey T. Gilbert <br> The Honorable RANDOM/CAT. 2 <br> JURY TRIAL DEMANDED <br><br> COMPLAINT FOR MONETARY DAMAGES, PUNITIVE DAMAGES, AND EQUITABLE RELIEF |

## COMPLAINT FOR MONETARY DAMAGES, PUNITIVE DAMAGES, AND EQUITABLE RELIEF

### I. PARTIES

1. Plaintiff HUGH ECHOLS is a natural person domiciled in Illinois.

2. Plaintiff JOHN MOSLEY is a natural person domiciled in Illinois.

3. Defendant RYAN BURKE is a natural person residing in the State of Florida.

4. Defendant VISION ENTERTAINMENT WORLDWIDE LLC is a Florida limited liability company with offices at 1395 Brickell Avenue, Suite 800, Miami, Florida.

5. Defendant VEW LIVE LLC is a Florida limited liability company with offices at 1395 Brickell Avenue, Suite 800, Miami, Florida.

6. Defendant UNIVERSAL CREATIVE AGENCY INC is a Florida corporation with its principal place of business at 1680 Michigan Avenue, Suite 700, Miami, Florida.

### II. JURISDICTION AND VENUE

7. Jurisdiction is proper under Article III, § 2 of the Constitution and 28 Stat. 73 § 1.

8. Venue is proper in this District because a substantial part of the events and injuries occurred in the Northern District of Illinois.

## III. STATEMENT OF FACTS

9. Plaintiffs transferred funds to Defendants in reliance upon a series of written and oral representations made by Ryan Burke and the above-named entities.

10. Ryan Burke presented contracts and agreements bearing the letterheads of VEW LIVE LLC, VISION ENTERTAINMENT WORLDWIDE LLC, and UNIVERSAL CREATIVE AGENCY INC as formal business instruments of the BZR WKND Jamaica Carnival Edition 2025.

11. However, the accompanying invoices for performer payments and disbursements were directed to Ryan Burke personally and to VEW LIVE LLC, with no payment structure or escrow for independent verification.

12. On multiple occasions, Plaintiffs paid Defendants directly from personal funds, including:

- $150,000.00 on March 15, 2025 to JPMorgan Chase account ending in 3638 (UCA);
- $62,500.00 on March 24, 2025 to Bank of America account ending in 0487 (Ryan Burke);
- $15,645.95 on February 14, 2025 to Bank of America account ending in 4690 (VEW LIVE);
- $70,000.00 on April 4, 2025 to the same account ending in 4690 (VEW LIVE).

13. Defendants claimed a wire transfer was made to the venue Sabina Park Cricket Stadium, but provided no receipt or confirmation of funds received.

14. Despite promising execution of the project, Defendants sent a cease-and-desist email to Plaintiffs falsely asserting fraud and claiming dominion over the project while retaining Plaintiffs' funds.

15. Defendant verbally stated to Plaintiffs' that he would pay back all of the money on April 8, 2025 while in Jamica.

16. Plaintiffs later discovered the artist agreements, invoices, venue statements, and financial communications were misrepresented or incomplete, and Defendants had not fulfilled contractual or fiduciary obligations.

## IV. CAUSES FOR PRESENTMENT

### COUNT I – UNJUST ENRICHMENT
Defendants knowingly retained funds from Plaintiffs without providing the services promised and were unjustly enriched by that retention.

### COUNT II – FRAUD AND MISREPRESENTATION
Defendants misrepresented artist participation, payment handling, venue arrangements, and their authority to bind parties to contracts.

### COUNT III – CONVERSION
Plaintiffs' personal funds were diverted and retained by Defendants without lawful justification.

### COUNT IV – CIVIL RICO (84 Stat. 941 § 1962(c))
Defendants formed an association-in-fact enterprise and engaged in a pattern of racketeering by wire, bank fraud, and misuse of interstate commerce.

## V. DAMAGES

Plaintiffs jointly seek:

- $1,767,284.68 in compensatory damages, representing traceable personal losses, expenses, and recoverable disbursements;
- $3,534,569.37 in punitive damages, representing triple damages authorized under RICO, fraud, and equitable relief doctrines;
- Total: $5,301,854.05

## VI. EQUITABLE RELIEF

Plaintiffs seek:

- Imposition of a constructive trust on all funds and properties traceable to Plaintiffs' payments;
- An equitable lien upon Defendants' bank accounts, vehicles, and real estate properties as listed;
- An order enjoining any transfer or dissipation of funds or assets pending resolution of this matter.

## VII. DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial on all triable issues.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully present for judgment:

- An award of $5,301,854.05 in total damages;
- A declaratory judgment of fraud, conversion, and racketeering;
- An equitable lien and constructive trust over all Defendant-held assets;
- Pre- and post-judgment interest, fees, and court costs;
- Such further relief as law and equity may permit.

## IX. LEGAL MAXIMS

- He who seeks equity must do equity.
- No man shall enrich himself at the expense of another.
- Fraud vitiates everything it touches.
- When money is paid under false pretenses, restitution must follow.
- Equity regards as done what ought to have been done.
- The law punishes deceit wherever it may occur.
- No one is allowed to benefit from their own wrong.

## X. VERIFICATION

We, the undersigned Plaintiffs, affirm that the foregoing is true and correct to the best of our knowledge.

DATED: June 13, 2025

HUGH ECHOLS

JOHN MOSLEY

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I caused the foregoing Verified Complaint and supporting exhibits to be filed and served on:

- Ryan Burke, 5825 SW 93rd Street, Pinecrest, FL 33156
- Ryan Burke, 6245 Snapper Creek Drive, Miami, FL 33143
- Vision Entertainment Worldwide LLC, 1395 Brickell Ave, Ste 800, Miami, FL 33131
- VEW Live LLC, same address
- Universal Creative Agency Inc, 1680 Michigan Ave, Ste 700, Miami, FL 33139

Via:
☑ Certified U.S. Mail – Return Receipt Requested
☑ Personal Delivery via Process Server

Respectfully presented,


HUGH ECHOLS


JOHN MOSLEY